# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 3:21-cv-02065-M |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant Southwest Airlines Co. Unopposed Motion to Extend Southwest Airlines Co.'s Deadline to File Answer or Other Responsive Pleading and Disclosure Statement (the "Motion"). The Court finds that the Motion is well taken and should be in all things GRANTED.

It is therefore ORDERED that Defendant Southwest Airlines Co.'s deadline to file its answer or other responsive pleading to Plaintiffs' Original Complaint is extended to and through October 7, 2021.

It is further ORDERED that Defendant Southwest Airlines Co.'s deadline to file its Fed. R. Civ. P. 7.1 disclosure statement is extended to and through October 7, 2021.

SIGNED this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE