IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, § § § | | |
| Plaintiff, § § | Civil Action No. 3:21-cv-02065-M | |
| v. § § | | |
| SOUTHWEST AIRLINES CO., § § | | |
| Defendant. § § | | |

## ORDER

Before the Court is the Unopposed Motion to Extend Deadline to File Answer or Other Responsive Pleading and Disclosure Statement (ECF No. 6), filed by Defendant Southwest Airlines Co.  The Motion is **GRANTED**.  The deadline for Defendant Southwest Airlines Co. to answer or otherwise respond to the Complaint is October 7, 2021.

**SO ORDERED**.

September 29, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE