UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § § § § § § § § § § | |
| Plaintiff | | |
| vs. | | CIVIL ACTION NO. 3:21-cv-02065-M |
| SOUTHWEST AIRLINES CO., | | |
| Defendant. | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jonathan C. Fritts, with offices at:

    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004-2541
    Telephone: (202) 739-5867
    Fax: (202) 739-3001
    jonathan.fritts@morganlewis.com

**II.**   Applicant will sign all filings with the name Jonathan C. Fritts.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

    Southwest Airlines Co.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of Washington D.C, where Applicant regularly practices law.

Bar license number: 464011 Admission date: August 2, 1999

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | | Admission Date: | | Active or Inactive: | |
|---|---|---|---|---|---|
| Court: | Supreme Court of the U.S. | Admission Date: | 06/23/2008 | Active or Inactive: | Active |
| Court: | U.S. Court of Appeals for the 11th Circuit | Admission Date: | 10/30/2008 | Active or Inactive: | Active |
| Court: | U.S. Court of Appeals for the 9th Circuit | Admission Date: | 10/18/2005 | Active or Inactive: | Active |
| Court: | U.S. Court of Appeals for the 2nd Circuit | Admission Date: | 08/26/2008 | Active or Inactive: | Active |
| Court: | U.S. Court of Appeals for the DC Circuit | Admission Date: | 06/30/2008 | Active or Inactive: | Active |
| Court: | U.S. District Court for the District of Columbia | Admission Date: | 01/05/2004 | Active or Inactive: | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below: N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below: N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: 08/29/2019 Case No. And Style: 3:17-cv-01052; *Aircraft Mechanics Fraternal Association v. Southwest Airlines Company*

Date of Application: 09/20/2019 Case No. And Style: 3:17-cv-00431; *Southwest Airlines Co. V. Aircraft Mechanics Fraternal Association, et al.*

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is Robert E. Sheeder, who has offices at:

Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 30th day of September, 2021.

<u>Jonathan C. Fritts</u>
Printed Name of Applicant

<u>/s/ *Jonathan C. Fritts*</u>
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.