IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:21-cv-2065-M |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § § § | |

**PLAINTIFF'S APPENDIX TO
OPPOSED MOTION FOR TEMPORARY
AND PRELIMINARY INJUNCTIVE RELIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Southwest Airlines Pilots Association hereby files this appendix in support of its opposed motion for temporary and preliminary injunctive relief.

| Exhibit | Description | APP Page No. |
|---|---|---|
| **Exhibit A** | **Declaration of SWAPA President Casey Murray** | 2 – 15 |
| Exhibit 1 | Section 6 Reopener Letter, November 1, 2019 | 16 |
| Exhibit 2 | Check Airmen Demand Letter, dated January 10, 2020 | 17 – 18 |
| Exhibit 3 | 401 (k) Demand Letter, dated January 27,2020 | 19 – 21 |
| Exhibit 4 | Pharmacy Benefits Demand Letter, dated February 27, 2020 | 22 – 24 |
| Exhibit 5 | ETO demand letter, dated March 26, 2020 | 25 – 26 |
| Exhibit 6 | Southwest Airlines Infectious Disease Control Policy, dated March 11,2020 | 27 – 28 |
| Exhibit 7 | Emergency Movement Letter, dated March 23, 2021 | 29 |
| Exhibit 8 | Southwest Airlines Infectious Disease Control Policy, dated May 11, 2021 | 30 – 33 |
| Exhibit 9 | COVID demand letter, dated August 11, 2021 | 34 – 35 |
| Exhibit 10 | Southwest Airlines' response letter, dated August 21, 2021 | 36 |
| Exhibit 11 | Vaccine Incentive Program MOU demand letter, dated September 14, 2021 | 37 – 38 |
| Exhibit 12 | Bob Waltz's September 17, 2021 | 39 |

| Exhibit 13 | Letter to Gary Kelly October 3, 2021 | 40 – 41 |
|---|---|---|
| Exhibit 14 | CBA | 42 – 283 |
| **Exhibit B** | **Declaration of Mark R. Myers** | 285 – 287 |
| Exhibit A to Declaration of Mr. Myers | Nine Letters of Understanding between APA and American Airlines | 288 - 346 |

DATED: October 8, 2021

Respectfully submitted,

By:    /s/ *Hal K. Gillespie*
Hal K. Gillespie
hkg@gillespiesanford.com
Texas State Bar No. 07925500
James D. Sanford
jim@gillespiesanford.com
Texas State Bar No. 24051289
Joseph H. Gillespie
joe@gillespiesanford.com
Texas State Bar No. 24036636
Gillespie Sanford LLP
4803 Gaston Avenue
Dallas, Texas 75246
Phone: (214) 800-5111
Fax: (214) 838-0001

and

K. Helen Yu
hyu@swapa.org
Texas State Bar No. 24071565
Southwest Airlines Pilots Association
1450 Empire Central Drive,
Suite 737
Dallas, TX 75247
Phone: (214) 722-4256
Fax (214) 351-2504

ATTORNEYS FOR PLAINTIFF
SOUTHWEST AIRLINES PILOTS
ASSOCIATION ("SWAPA")

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the forgoing document has been served upon counsel of record for Southwest Airlines by and through the Court's ECF system on October 6, 2021.

By:   */s/ Joseph H. Gillespie*