## SECTION 6: ADDITIONAL FLYING

A. Additional flying may be voluntary and non-voluntary. Voluntary Additional Flying can be gained through Trip Trades and Giveaways, ELITT, or the Open Time System. Non-voluntary flying is any flying that is assigned by the Company after all voluntary means have been exhausted.

B. VOLUNTARY ADDITIONAL FLYING

1. Open Time System: General

Open Time consists of pairings removed from a pilot's line for a leave of absence (sick, military, company convenience, jury duty, etc.), training pulls, overlap pulls, vacation pulls, illegality pulls, pairings remaining after the close of ELITT, charters, maintenance check flights, and ferry flights to position an aircraft for service. This is considered "uncovered" flying. This type of flying is "awarded" through a seniority based open time system with the exception of Short Notice Open Time (SNOT), Voluntary Premium Flying (VPF) and taking assigned flying from Reserves. A pilot may be awarded flying through open time, TT/GA and ELITT based on his qualification for the flying.

Flights not covered on-line due to irregular operations may also be considered uncovered. These uncovered flights may be assigned to on-line pilots impacted by irregular operations within the limits in Section 6.C.1. On-line pilots not directly related to the irregular operations may be reassigned if such reassignment does not require the pilot to deadhead beyond the Maximum Duty Period Actual limits defined in Section 5.D.2.f. Contractual Duty Period Chart, or in accordance with Section 6.C.1.

If there is insufficient time as referenced in Section 6.B.13.f. to process the pairing through the open time system, on-line pilots may be reassigned in accordance with Section 5.D.2.f and Section 5.D.2.i. Regardless, pilots will not be reassigned to an unscheduled overnight or added on to at the end of the pairing if the unscheduled overnight/add on can be prevented by the use of open time. All remaining flying not covered on-line shall be considered uncovered.

2. An "AWARD" occurs in the following manner:

a. Monthly Open Time (MOT): At 700 CT the day after close of MOT - Seniority based bid system.

b. Daily Open Time (DOT): Thirty (30) minutes after completion of the award process* – Seniority based bid system.

c. Premium Open Time (POT): Thirty (30) minutes after completion of the award process* - Seniority based bid system.

APP 128

d. Hourly Open Time (HOT): Thirty (30) minutes after completion of the award process* - Seniority based bid system.

e. Short Notice Open Time (SNOT):  Ten (10) minutes after completion of the award process*- A Random Award Process.

f. Voluntary Premium Flying (VPF): At acceptance of the award-Non Seniority based system.

g. Scheduling will use the pilot's actual block time and the cumulative FDP limits as displayed in the Crew Management System at the time of the legality check within that award process, plus the projected block time and projected FDP, to calculate legalities for open time awards. The pilot must have the appropriate qualifications and currencies for any accepted assignments at the time of the award and the date the pairing or Reserve block begins except as provided below:

  i. For International stations requiring Supervised Airport Qualifications or ETOPS flying, a pilot in the International Domicile or EBG may be awarded/assigned flying from TT/GA, OTP, ELITT and MOT reporting 2 (two) days after the scheduled completion of the required International or ETOPS training, or when the bid period begins, whichever occurs later.

    a) The pilot may be awarded/assigned pairings requiring Supervised Airport Qualifications or ETOPS flying for which he is not yet qualified so long as the pairing is awarded/assigned by 2359 four (4) days prior to the report of the pairing.

    b) At 2400 three (3) days prior to the report of the pairing, the pairing would not be awarded/assigned if the pilot is not qualified.

    Example:  A pairing requiring Supervised Airport Qualifications that reports on the 6th of the month may be awarded/assigned to a pilot in the International Domicile not qualified (route qualification) until 2359 on the 2nd of the month.  At 2400 on the 3rd, the award/assignment would be denied.

  ii. Pilots not assigned to the International Domicile may not be awarded or assigned flying/reserve blocks requiring Supervised Airport Qualifications (International Domicile) flying.

  iii. Pilots not assigned to an EBG who remain current and qualified, may be awarded/assigned ETOPS flying or Reserve blocks.

  iv. For 90-day currency, the Company assumes currency up to 2359 four (4) days prior to the pilot's expiration date.

a) At 2400 three (3) days prior to the pilot's expiration date; the pairing would not be awarded/assigned if the pilot is not current.

v. The pilot will not receive pay for flying assigned/awarded as described above if the pairing is removed because the pilot is not current and qualified for the pairing, unless the Company has failed to provide an opportunity to train within the timelines contained in this document.

a) The flying will be removed at 1200 the day prior to report of the pairing.

vi. Reserve blocks from the International Domicile may only be assigned/awarded to pilots assigned to the International Domicile.

a) The Company will use the operational projected times in the system to calculate legalities for transactions in the crew management system. These times will be used for monitoring FAR legalities for pairings already assigned, as well as determining legalities for open time, TT/GA, ELITT, etc.

*The award process is complete when the final legality check is performed. There will be a time stamp assigned to this process.

3. Out of Domicile Open Time:

a. Open Time for all domiciles will be available for bid by all pilots bidding on the current bid period seniority list. However, deadheads to pick up open time in another domicile will not be compensated unless part of the original pairing.

b. Out Of Domicile Bidding Subordination: At the point a pilot bids out of his domicile, that bid and all subsequent bids including bids in his domicile will be awarded based upon system seniority within the pilot's crew position (refer to Order of Open Time Award, Section 6.B.12. The Crew Management System will alert the pilot that he has subordinated his seniority.

4. Open Time During Non-Fly Events: A pilot removed from a pairing for vacation (VA/VO), Floating Vacation, leave with pay, leave at no pay, Company Convenience, jury duty, and moving leave day(s), may acquire Premium Open Time (POT), Short Notice Open Time Premium (SNOT-P), and Voluntary Premium Flying (VPF) according to Order of Open Time Award, Section 6.B.12. Quality of life pulls will not restrict a pilot from acquiring additional flying from any source. All other Non-Fly events preclude the pilot from acquiring pairings during the time period he was originally scheduled to fly from report to release.

APP 130

5.  Open Time Giveaway:  A pilot may not give away a MOT award to someone more junior in system seniority. A pilot may not TT/GA a DOT, POT, HOT or SNOT award. This restriction shall not apply to jetway trades.  After a reserve is released from a reserve day, the remaining portion of the reserve block may be given away.

6.  Time Between Open Time Events:

    a.  In order for a pilot to bid open time there must be a minimum of one and one-half (1:30) hours scheduled off between the flying bid and the pilot's block in from other scheduled flying (block in to block out).  A pilot terminating a pairing in a domicile may not be awarded a pairing originating in another domicile on the same day unless there is legal crew rest between pairings (includes TT/GA through CWA, ELITT).  This restriction shall not apply to jetway trades.

    b.  A pilot may be awarded the continuation of the same pairing without regard to the one and one-half (1:30) hour restriction.

    c.  Positioning deadheads added to an original pairing split for open time will not be paid if the same pilot bids and is awarded the continuation pairing in MOT. Pairings awarded in DOT/HOT/POT/SNOT and VPF will pay as stated in Crew Management System and the Open Time Alerts System.

7.  Open Time Pairing Removal:

    a.  A pairing may be removed from open time for the following:

        i.   The pairing was placed in open time in error.

        ii.  An error in the pairing was discovered after the pairing was placed in open time.

    b.  The pairing may be returned to the previously awarded pilot prior to the close of the appropriate open time process (MOT, DOT/POT, HOT/POT, SNOT).  After bidding has closed for the appropriate open time process (MOT, DOT/POT, HOT/POT, SNOT), the pairing will not be returned to the previously awarded pilot unless assigned to a Reserve or available in VPF. A pilot who bids on a pairing that is subsequently removed from open time and returned to the previously awarded pilot will not be compensated for the pairing.

    c.  The Company may remove a pairing from the open time process if the Company is unable to send alerts, receive responses to an alert, or there are other uncontrollable issues that would prevent the pairing from closing at the stated closing time.  The pairing(s) will be moved to the next open time process where they can be awarded/assigned. This will be communicated electronically.

d.  In the event of a CMS outage at the close of any open time award process, the close of open time will be delayed to allow for additional bids and previous bids will remain active. This delayed close of open time will be communicated electronically.

8. Non- Revenue Flying:  Non-revenue flying may be performed by management pilots, including Check Airmen, without being placed up for bid.  These employees, with the exception of the Vice President of Flight Operations, will be on the Southwest Airlines Pilot Master Seniority list as depicted in the Crew Management System (CMS).  The Company reserves the right to allow FAA and/or Industry Representatives (non-Southwest employees) to participate in certification and/or evaluation flights.  Non-revenue flying which is flown by a non-management pilot will be covered by the open time process.

9. Right Seat Restriction: Except as provided herein, line holding Captains may not fly as First Officers. As a last resort (prior to canceling a flight) and in accordance with current FARs, two (2) line holding Captains may fly together provided one (1) Captain is a Check Pilot and has maintained Right Seat qualification/currency in the last ninety (90) days and both are paid as Captain.

10. Cumulative Block Time Restrictions:

The Company reserves the right to declare a pilot unable to pick up additional flying if it is judged that the additional flying in question will exceed the block time limitations as set forth in Section 5.D.2.l.ii. (I.e. six hundred seventy-two (672) hours or three hundred sixty-five (365) days Maximum Scheduled Block Time). All block hour liability, as described in this section, will apply to pairings acquired through the Open Time process described in Section 6, including VPF and JA (except as set forth in 6.B.10.a.iii. below) ELITT or Trip Trades.  However, if the ELITT or Trip Trade pairing(s) acquired contain equal to or less block time than the pairing(s) being dropped/traded, the trade will be allowed.

a.  365 Day Flight Time Maximum:

i.  Prior to a pilot's line being posted in CWA for a new bid period, each unassigned Southwest Day in the unassigned bid period will carry a 2.3 hour block time liability for the three hundred sixty-five (365) day look-back calculations. Once all of the pilots' lines are loaded into the Crew Management System and Trip Trade Giveaway is released, the actual scheduled block hour liability for that bid period will replace the 2.3 hours of block time per Southwest day assumed liability. At no point will a pilot be permitted to schedule himself in excess of nine hundred ninety-eight (998) hours, per the chart in Section 5.D.2.l.ii.

APP 132

ii.  672-Hour Flight Hour Maximum. Prior to a pilot's line being posted in CWA for a new bid period, each day of unassigned flying in the subsequent bid period will carry the following liability:

    a) 2.65 hour block time liability per unassigned Southwest day for March, June, July, August, October and December. Once all of the pilots' lines are loaded into the Crew Management System, and Trip Trade Giveaway is released the actual scheduled block hour liability for that bid period will replace the assumed 2.65 hours of block time daily liability. At no point will a pilot be permitted to schedule himself in excess of ninety eight and one-half (98.5) hours as per the chart in Section 5.D.2.l.ii.

    b) 2.5 hour block time liability per unassigned Southwest day for January, February, April, May, September and November. Once all of the pilots' lines are loaded into the Crew Management System, and Trip Trade Giveaway is released that bid period's actual scheduled block hour liability will replace the assumed 2.5 hours of block time daily liability. At no point will a pilot be permitted to schedule himself in excess of ninety eight and one-half (98.5) hours as per the chart in Section 5.D.2.l.ii.

iii.  The limits in Section 5.D.2.l. apply to a JA assignment. If a pilot is projected to exceed the limits in Section 5.D.2.l., he will be assigned only after all other pilots have been assigned in a domicile.

iv.  For a pilot on Reserve/Mixed line; a pilot will remain on Reserve until the three hundred sixty-five (365) day block time FAR legality look back exceeds nine hundred ninety-six (996) block hours. At that time, the day(s) with less than four (4) hours of block time liability may be pulled at no pay in accordance with overlap procedures. The pilot will be made aware of the Reserve day(s) being removed as soon as reasonably possible in an effort to eliminate unnecessary commuting.

11. The Open Time CAP:

  a. Seniority for awards in MOT, DOT/POT, and HOT/POT and SNOT will be subordinated when a pilot's projected bid period TFP exceeds one hundred eighteen percent (118%) of the domicile bid line average. This is referred to as the CAP.

    For example, when a one hundred fifteen (115) TFP CAP is in effect, a pilot who has one hundred fourteen (114) TFP actual or projected may exercise his seniority for one (1) additional Open Time award. This award may be any number of TFP. A pilot who has exceeded the CAP will still be able to bid Open Time, but his seniority will be subordinated to those who have not exceeded the CAP. Seniority will prevail among those who are over the CAP in the event the additional flying is not picked up by pilots under the CAP.

APP 133

    b.  For the purpose of the CAP, projected TFP from all sources (MOT, DOT, POT, HOT, SNOT, overlaps, pick ups, trades, check airmen duties etc.) with the exception of all training received (GS, PC, PT, training deadheads, etc.), overrides in Section 4.FF, Scheduled Sub Service, and "J" labeled pairings (JA pairings from open time) will be included in the projection.

    c.  When utilizing ELITT, Trip Trades, and Giveaway, VPF, JA, the CAP does not apply.

    d.  Each month as part of the bid packet information, the Company will publish the domicile bid line average and the one hundred eighteen percent (118%) CAP rounded to the nearest one hundredth (0.01).

12. Order of Open Time Award:

    a.  Additional Captain flying will be *awarded* in the following order.  For this section, the term "legal" is to include the limitations set forth in Section 5.D.2.l and currency and qualifications required in Section 6.B.2.g for ETOPS and Near International stations requiring Supervised Airport Qualifications at the time of the legality check in the Crew Management System. A pairing will not be removed once it is placed on the pilot's line, if an updated time causes a violation of Section 5.D.2.l.

       i.  Captain in domicile, legal, available, under the CAP.

      ii.  Captain in domicile, legal, available, over the CAP.

     iii.  Captain out of domicile, legal, available, under the CAP.

     iv.  Captain out of domicile, legal, available, over the CAP.

      v.  Designated Lance Captain in domicile, legal, available, under the CAP.

     vi.  Designated Lance Captain in domicile, legal, available, over the CAP.

    vii.  Designated Lance Captain out of domicile, legal, available, under the CAP.

    viii.  Designated Lance Captain out of domicile, legal, available, over the CAP.

     ix.  For POT and SNOT-Premium only, Captain in domicile legal, available, under the CAP on designated non-fly events.

      x.  For POT and SNOT-Premium only, Captain in domicile legal, available, over the CAP on designated non-fly events.

xi.   For POT and SNOT-Premium only, Captain out of domicile, legal, available, under the CAP on designated non-fly events.

xii.   For POT and SNOT-Premium only, Captain out of domicile, legal, available, over the CAP on designated non-fly events.

xiii.   For POT and SNOT-Premium only, designated Lance Captain in domicile legal, available, under the CAP on designated non-fly events.

xiv.   For POT and SNOT-Premium only, designated Lance Captain in domicile legal, available, over the CAP on designated non-fly events.

xv.   For POT and SNOT-Premium only, designated Lance Captain out of domicile legal, available, under the CAP on designated non-fly events.

xvi.   For POT and SNOT-Premium only, designated Lance Captain out of domicile legal, available, over the CAP on designated non-fly events.

b.   Additional First Officer flying will be *awarded* in the following order. For this section, the term "legal" is to include the limitations set forth in Section 5.D.2.l. and currency and qualifications required in Section 6.B.2.g for ETOPS and Near International stations requiring Supervised Airport Qualifications at the time of the legality check in the Crew Management System.  A pairing will not be removed once it is placed on the pilot's line, if an updated time causes a violation of Section 5.D.2.l.

i.   First Officer in domicile, legal, available, under the CAP.

ii.   First Officer in domicile, legal, available, over the CAP.

iii.   First Officer out of domicile, legal, available, under the CAP.

iv.   First Officer out of domicile, legal, available, over the CAP.

v.   For POT and SNOT-Premium only, First Officer in domicile legal, available, under the CAP on designated non-fly events.

vi.   For POT and SNOT-Premium only, First Officer in domicile legal, available, over the CAP on designated non-fly events.

vii.   For POT and SNOT-Premium only, First Officer out of domicile, legal, available, under the CAP on designated non-fly events.

viii.   For POT and SNOT-Premium only, First Officer out of domicile, legal, available, over the CAP on designated non-fly events.

13. Open Time Rules

   a. The Company will maintain domicile integrity in placing all uncovered Revenue/Nonrevenue flying in the open time system, except the Company may break pairings due to irregular operations, training pulls, SWAPA drops, overlap corrections, and trip pulls due to FAR and Contractual legalities and place the pairing(s) in open time in a domicile other than the pairing's origination.

   b. All open time awards and assignments will be displayed in the Crew Management System (CMS) no later than the end of the award process or at time of assignment.

   c. Monthly Open Time

      i. MOT Inventory:  All uncovered revenue and non-revenue flying will be placed in MOT if Scheduling is aware of the pairing prior to MOT closing. MOT will also contain all charter flying that Scheduling is aware of prior to MOT closing. Pairings (including charters) may be added to the MOT inventory after the initial posting.  These new pairings must be identifiable in the MOT inventory in the Crew Management System.

      ii. MOT Inventory Exclusions:  Pairings withheld for new hire flying prior to first bid month on the line, voluntary uncompensated flights scheduled for charity events and trip pulls due to FAR, contractual illegalities and flying defined in Section 5.E.8.c. are not required to be placed in the MOT inventory.

      iii. MOT Pairing Splits: Pairings are not required to be split prior to being placed in MOT. Scheduling may split pairings for the MOT inventory at their discretion.

      iv. MOT Bidding Rules: On or before the twenty-second (22nd) of each month, all available open time occurring in the following month will be made available in the Crew version of the Crew Management System.

         a) The Company will provide the capability to elect the maximum number of pairings to be awarded during the bid.

         b) The MOT bid will close at 1200 CT on the twenty-fourth (24th) of each month.  MOT awards will be available in the crew version of the Crew Management System by 0700 CT on the day after closing.

         c) Pilots who participate in this MOT bid are responsible for checking the open time awards and for flying any pairing(s) awarded.  No acknowledgment is required to constitute an award.

APP 136

d. Daily Open Time (DOT), Premium Open Time (POT), and Hourly Open Time (HOT) and Short Notice Open Time (SNOT) Procedures

   i. DOT Pairing Splits:  Any remaining flying in the ELITT open time pool will be available in DOT fifty one (51) hours prior to when the pairing would close at 0900 the day prior to departure.  Between 2400-0600 daily, three (3) and four (4) day pairings placed in the DOT inventory from any source (removed from the ELITT inventory, pulls for sick calls, union pulls, CC pulls, etc.) will be split according to the following:

     a) A minimum total of ten (10.0) TFP is contained in each newly created multi-day pairing and five (5.0) TFP is contained in each newly created single day pairing. If Scheduling splits a pairing for open time other than as above, each newly created duty period on the day it was split will pay a minimum of DPM. Duty periods not modified as part of the split will not receive additional pay, unless defined elsewhere in the Agreement.

     b) All deadheads are paid.  However, deadheads which are not part of the original pairing are not computed in the calculations in a. above. These deadheads are added to the pairing after the split is made.

     c) If Scheduling splits a pairing for open time other than as above, each newly formed pairing will pay a minimum of five (5.0) TFP per duty period.

     d) Split Points: The pairing split points for each domicile will be published in CMS.

       i) All cities within one and six-tenths (1.6) TFP of each domicile will be included unless the split creates scheduled ground time in excess of four (4) hours based on the published schedule.
       ii) No pairing will be required to be split more than once in a duty day.

       iii) No pairing will be required to be split if the split creates an additional overnight.

   ii. Daily Open Time Award Procedures:  This includes Daily Open Time (DOT), Premium Open Time (POT), and Hourly Open Time (HOT).  While a pairing is in DOT or HOT, pilots will have the option to bid on the pairing for straight pay (DOT/HOT) or for premium pay (POT).  In all cases, DOT/HOT is awarded prior to POT.

     a) Daily Open Time (DOT)

APP 137

    i) Bidding for a DOT event begins up to fifty-one (51) hours prior to and continues until bidding for that event closes.

    ii) DOT will close at 0900, 1300 and 1700 CT each day.

    iii) The order of award is defined in Section 6.B.12.

    iv) The DOT process will normally be completed within one (1) hour of the DOT close.

b) Premium Open Time (POT)

    i) Bidding for a POT event runs concurrently with the DOT/HOT processes and closes in accordance with the DOT/HOT timelines.

    ii) The order of award is defined in Section 6.B.12.

    iii) Reserves may be assigned prior to or after POT. Reserves may be assigned pairings not awarded in DOT prior to POT awards.

    iv) The POT process will normally be completed within two (2) hours of the POT close.

c) DOT Timeline:

    i) The 0900 closing will be for pairings added to open time between the close of ELITT until 0830 the day prior to the report for the pairing.

    On-line assignments and reassignments (JA) may begin at 1100 but in no case will the VPF be available for less than thirty (30) minutes. For example, if VPF occurs at 1045 then On-line assignments and reassignments will start no earlier than 1115.

    ii) The 1300 Closing will be for pairings added to open time between 0831 and 1230 the day prior to the report for the pairing.

    On-line assignments and reassignments (JA) may begin at 1400 but in no case will the VPF be available for less than thirty (30) minutes.

    iii) The 1700 closing will be for pairings added to open time between 1231 and 1630 the day prior to the report for the pairing.

    On-line assignments and reassignments (JA) may begin at 1800 but in no case will the VPF be available for less than thirty (30) minutes.

APP 138

d) DOT/POT Awards:

Scheduling will normally make the awards available in the crew version of the Crew Management System (CMS) within two (2) hours of the award timeline.

Pilots will be notified electronically of awarded open time.

Pilots must acknowledge the award upon notification either electronically, via CMS, or by contacting Scheduling no later than two (2) hours prior to report time.

Scheduling may call a pilot prior to two (2) hours to report to ensure the pilot is aware of the award. A pilot may be called a second time as described in Section 6.B.13.d.ii.e). Scheduling may not call more than two (2) hours prior to report if the call may reasonably be expected to disturb the pilot's normal rest.

e) Failure To Acknowledge An Award or Pilots Bidding For Flying The Pilot Is Not Available To Fly:

If an awarded DOT or POT pairing has not been acknowledged two (2) hours prior to report, Scheduling will call the pilot prior to removing the pairing from his line and returning it to the open time process.

Should a pilot fail to acknowledge a DOT/POT, HOT/POT, SNOT or VPF award or is awarded flying the pilot is not available to fly, the pilot may be counseled by his respective Chief Pilot. Repeated occurrences may result in loss of DOT/POT, HOT/POT, SNOT or VPF privileges for no more than thirty (30) days.

f) Flying Reporting Between 0001 - 0400

Flying reporting between 0001 and 0400 CT are the only exceptions to the above Open Time rules. To ensure the opportunity for adequate notification and crew rest, flying reporting between 0001 and 0400 CT will close approximately twenty four (24) hours earlier than normal and done so using the CAP limitations applied to the other pairings that would normally close within that open time process.

Example: A Charter with a check-in at 0100 Tuesday morning will close on Sunday morning at 0900.

If flying reporting between 0001 and 0400 CT has not been acknowledged by 2359 the day of the award either electronically, CMS, or by contacting

APP 139

Scheduling, Scheduling will attempt to contact the pilot via phone call for notification of the flying reporting between 0001 and 0400 CT prior to removing the award.

g)  Hourly Open Time (HOT) Procedures

Hourly Open Time (HOT) consists of pairings made available between 1630 the day prior to the event and up to three (3) hours and thirty (30) minutes before the report time of that event.

HOT is closed hourly on the hour for pairings added to open time between one and one-half (1.5) hour prior and one-half (0.5) hour prior to the HOT close. For example, HOT would close at:

i)   1800: For pairings added to open time between 1631 and 1730.

ii)  Continuing throughout the day on the hour, unless there is insufficient time to cover the event.

iii) At 0900, 1300, and 1700 each day, if pairings are available in HOT, the HOT process will be awarded prior to DOT awards.

iv)  HOT/POT Awards: Scheduling will normally make the awards available in the crew version of the Crew Management System (CMS) within one (1) hour of the award timeline. Pilots will be notified electronically of awarded open time.

v)   Pilots must acknowledge the award upon notification either electronically, via CMS, or by contacting Scheduling. If an HOT/POT award has not been acknowledged two (2) hours prior to check-in, Scheduling will call the pilot prior to removing the pairing.

h)  Open Time Alert (OTA)

i)   Open Time Notification: The Company will maintain an Open Time Alert (OTA) system that will be used by the Company to electronically notify pilots of any new open time event that is created after 0831 CT the day prior to the event.  The Company and the Association may mutually agree to explore and implement alternative open time alerting processes and preferences during the term of this Agreement.  This new system may modify or replace the current text message system.

ii)  Notification Preference: Pilots may list the type of pairing preferred according to a set of agreed to parameters between the Company and SWAPA in a Memorandum of Understanding. Pilots will be notified

APP 140

of preference changes in the Crew Management System when they are available for use by the pilots with a minimum of the following:

Domicile/Crew Position
Pairing type (AM/PM) and/or check-in/release time
Pairing length
Overnight city
Minimum pay per day
Average pay per day

iii) Do Not Disturb: To offer pilots the option of uninterrupted rest, an Alert/Auto Bid parameter entitled "Do Not Disturb" will be made available. It will be selectable in five (5) minute increments. Once set, OTA text messages for pairings processed during the Do Not Disturb window will not be sent. Phone contact for Open Time Awards will be permitted during a Do Not Disturb window two (2) hours prior to the report time.

i) Open Time Bid

i)   The pilot may bid on the specific pairing(s) in DOT/POT, HOT/POT, or SNOT which will be awarded at the stated closing times in Section 6.B.13.d.ii.c). or HOT closing times in Section 6.B.13.d.ii.g.).

ii)  Pilots will be given the ability via the Open Time Alert (OTA) system to electronically bid for such an event with no direct access to the Crew Management System (CMS).  Unless mutually agreed upon by the Association and the Company, the order of award for the individual pilot will be determined by the order in which the pilot bid the pairings.  For example: three pairings are available for the 1300 DOT close.  The pairing the pilot bids first will have the highest priority for the award process.

iii) Open Time Standing/Auto Bid: Pilots will be given the ability to enter a Standing Bid for DOT/POT, and HOT/POT, and SNOT as part of the Open Time Alert system.  This Standing Bid (straight time or premium pay) will trigger an automatic bid if the pairing fits the pilot's preferences.  Pilots will be able to activate/deactivate the preference at any time.  The Standing Bid options will be developed jointly between the Company and the Association.  Standing bids for SNOT may only be entered no sooner than the day prior to when the pairing would report.

e.   Short Notice Open Time (SNOT)

Pairings added to open time from three (3) hours and thirty (30) minutes until two (2) hours and one (1) minute of report time will be made available for bid for a minimum of fifteen (15) minutes from the time the pairing is released to open time by Scheduling.

Should the report time of the pairing fall within the SNOT timeframe, and Scheduling adds a pairing to open time (e.g. sick call) with more than two (2) hours to report, the pairing will be processed in SNOT even if the pairing is not released (due to pairing processing) for SNOT bidding prior to the two (2) hour limit.

Pairings will be awarded in SNOT in the following manner:

i.   Reserve Available:

If a Reserve is available for the pairing, Scheduling will notify those Pilots on the OTA list that a pairing is available for straight time in SNOT. If the pairing is not awarded in SNOT a Reserve will be assigned. If the pairing is available after the close of SNOT and a pilot wishes to fly the pairing for straight time, he may be awarded the pairing if the Reserve can be contacted prior to reporting to the airport. Except where prohibited in Section 6.B.13.h.i.

After the Reserve has reported to the airport, the Reserve has the option to fly or relinquish the pairing to a pilot willing to fly the pairing for straight time. If the Reserve relinquishes the pairing, the Reserve will either continue on duty/RAP, be given another assignment, or be released to rest.

ii.   Reserve Not Available:

If no Reserve is available for the pairing, Scheduling will notify those pilots on the OTA list that a pairing is available for a premium (1.5 TFP) and full rigs in SNOT. At the Company's discretion, the pairing may be covered at a premium regardless of Reserve availability.

iii.   In the event a pilot who is awarded a pairing in SNOT is removed from the pairing (e.g. cannot report for the scheduled departure) the next pilot within the SNOT process will be contacted and offered the pairing. This process will continue until the pairing is covered or the pairing falls within Insufficient Time.

APP 142

f.  Insufficient Time

The Company reserves the right to assign/reassign flying if a pairing has not been awarded through the SNOT process, as defined in Section 6.B.13.e, or if there is two (2) hours or less to report. For assignments out of an airport other than a domicile, refer to Section 5.P.3. Last Resort Flying.

g.  Voluntary Premium Flying (VPF)

i.  Legal pilots will be notified electronically/automated message that premium flying is available. Lance Captains will be notified of available Captain/First Officer flying.

ii.  The pairing will be awarded in the order in which the CMS receives the bid without regard to seniority.  Phone calls will not be accepted by Scheduling until thirty (30) minutes after the initiation of the VPF process.

iii.  On line assignments and reassignments (JA) may begin after the pairing(s) have been available in VPF for a minimum of thirty (30) minutes.

h.  Pairings from Reserves

A legal and available pilot may take a pairing from a Reserve except under the following conditions:

i.  The Reserve adds a preference in CMS which signifies a pilot may not take the pairing from the Reserve starting at 2000 CT the day prior to report. Absent this preference, the pilot may take the pairing from the Reserve until the Reserve has reported. Crew Scheduling is not prohibited from modifying the assignment.

ii.  The Reserve's RAP is adjusted to accommodate an assigned Red Eye Duty Period, alleviating the Reserve's responsibility to be contactable by the Company.

iii.  The Reserve has reported to the airport. The Reserve has the option to fly or relinquish the pairing except under ii. above.  If the Reserve relinquishes the pairing, the Reserve will either continue on duty/RAP, be given another assignment, or be released to rest.

C. NON-VOLUNTARY FLYING

Any flying that is "assigned" by the Company will be considered non-voluntary flying. The Company will not use non-voluntary additional flying to cover uncovered flying until all the other avenues have been exhausted (e.g., MOT, DOT, Reserve/POT, HOT, SNOT-P, VPF systems). As used in this section, "available" means the ability of the pilot to be at the assigned location within the time required.  Reassignments will be based on the more restrictive of FAR legalities or contractual duty day limits.

1.  Same Day Flying:

    To avoid a JA assignment, a pilot may be reassigned to fly on a day that he is already flying or is scheduled to fly. Pay for the reassignment will be in accordance with Section 4.O., Double Time Pay.

    Scheduling may reassign pilots already scheduled to fly on the day of the event if:

    a.  The pilot's duty day is not extended on the last day of the pairing.

    b.  The pilot is not reassigned to an unscheduled overnight.

    c.  If an eligible pilot calls to accept the reassigned pairing as it was offered in open time, the pilot reassigned will be given the option to keep the reassignment or give it to the other pilot. The pilot will only be allowed to give away the reassignment if he can be returned to his previous pairing.

2.  Scheduled Day Off Flying:

    A pilot may be assigned or reassigned into flying on a scheduled day off. This is termed a JA event because it involves flying on a scheduled day off. Only involuntary flying on a scheduled day off qualifies as a JA event. This event is compensated at double time or full rigs for the day(s), whichever is greater.  Lance Captains may be involuntarily JA'd on days off for First Officer flying only.  A Lance Captain may only be reassigned, including into an unscheduled overnight, in the position he is currently flying.

    Pilots will be JA'd in the following order:

    a.  All pilots currently on pairings (excluding Reserves, Check Pilots and pilots where the JA would result in work blocks in excess of five (5) duty periods of flying) within domicile not previously JA'd are subject to JA/reassignment in inverse seniority order.

b.  All pilots currently on pairings (excluding Reserves and Check Pilots) within domicile previously JA'd or that will exceed five (5) duty periods of flying are subject to JA/reassignment in inverse seniority order.

c.  All Check Pilots currently on pairings within domicile not previously JA'd are subject to JA/reassignment in inverse seniority order.

d.  All Check Pilots currently on pairings within domicile previously JA'd are subject to JA/reassignment in inverse seniority order.

e.  All pilots are subject to reassignment without the restrictions defined in Section 6.C.1. above.  Pilots assigned under this provision will be paid Double Time for the legs flown from the open time pairing on the reassigned day.  The DT premium will pay above the daily or pairing guarantee.

f.  All pilots within domicile, including pilots previously JA'd are called and offered pairings in seniority order.  Acceptance of the pairing is voluntary.

3.  JA General Rules:

a.  No pilot will be JA'd more than twice for an open time pairing in a bid period unless as a volunteer. A pilot is considered to be JA'd when a duty period begins on a day off, regardless of where he is contacted for JA duty (home or on-line).

b.  A pilot who is JA'd can give away that pairing provided the pilot who is given the pairing is legal and can report at the normal check-in time. A pilot who gives the JA away will retain credit for the occurrence.  The pilot who accepts the pairing will be paid the JA premium that the pilot giving away the pairing would have been paid.

c.  If a JA event causes an illegality, the Company will compensate the pilot for any lost TFP.

d.  The Company will not involuntarily JA a pilot for more than a two (2) duty period pairing. Once a pilot has completed a JA assignment in domicile on a day off, any additional flying assigned will constitute another JA event.

e.  If a pilot has been reassigned and such reassignment would trigger JA on the last day of a pairing due to the fact that the pilot has been scheduled to return after the original time, that pilot will, at the pilot's option, be replaced on the last pass through the domicile prior to triggering JA, provided it does not require a JA event for another pilot.  A pilot who desires replacement must notify Scheduling at the time of reassignment.  All TFP lost by the above procedure will not be paid.

APP 145

f.  A pilot will not be eligible for a JA assignment after terminating a scheduled Red Eye flight.

g.  Golden Day Off (GDO):

  i.  A pilot may declare up to one (1) day per month and a maximum of eight (8) days per year free from JA excluding: January 1st, Easter, July 4th, the Tuesday-Sunday of Thanksgiving week and the 20th-31st of December. The pilot must declare GDOs prior to the commencement of the bid period.

  ii.  A pilot who has declared a GDO should be considered only as a last resort for reassignments that result in an unscheduled overnight into the GDO.  If the only option is to use the pilot with the GDO, the pilot shall be given the option to accept the assignment.

   a)  If the pilot accepts an unscheduled overnight or if the unscheduled overnight is unavoidable, the GDO will be removed so it can be used again at a later date.  At the pilot's request, the GDO may be taken during the current month, except as defined in Section 6.C.3.g.i. above.

   b)  If the pilot refuses the unscheduled overnight, they will be returned to domicile within the duty period if flights are available.

APP 146

## SECTION 7: EXCHANGE OF FLYING

A pilot may exchange trips with other pilots utilizing the Trip Trade (TT) and Giveaway (GA) system. The Company facilitates the use of the Trip Trade and Giveaway system, but no flying is added or deleted from the Company's Open Time inventory due to pilots utilizing this system. A pilot may utilize the Enhanced Line Improvement Trip Trade (ELITT) system to trade their flying with open pairings from the Company's Open Time inventory. The restrictions in Section 5.D.2.l. apply unless specifically delineated otherwise in this Section. The pilot must have the appropriate qualifications and currencies as defined in Section 6.B.2.g. for any traded or accepted assignments at the time of the award and the date the pairing or Reserve block begins.

A. TRIP TRADES AND GIVEAWAYS (TT/GA)

1. A pilot will have the ability to pick up trip trades and giveaways in accordance with the following dates and times, which will be indicated in the Crew Management System. Pilots scheduled for training that are deferred to their grace month will be able to give away/trip trade no later than fifty-four (54) hours from when the hard line protest period ends and forty-eight (48) hours from when the blank line protest period ends.

   a. A hard line holder <u>not</u> scheduled for training may begin trades and giveaways on the 11th of each month at 1600 CT, or as soon as the loading of lines is complete.

   b. A hard line holder scheduled for training may begin trades and giveaways on the 17th of each month at 1200 CT or when all Training has been scheduled.

   c. A blank line holder <u>not</u> scheduled for training may begin trades and giveaways on the 20th of each month at 1600 CT, or as soon as the loading of lines is completed.

   d. A blank line holder scheduled for training may begin trades and giveaways on the 23rd of each month at 1200 CT or when all Training has been scheduled.

2. Trip Trades and Giveaways may be made at any time, subject to the following conditions:

   a. Trip Trades and Giveaways, once approved, are considered an award.

   b. For purposes of trading and giveaways, pairings may be broken at any point. A pilot is not eligible for deadhead pay to and from such schedule breaks. Scheduled deadheads may be retained or traded at a pilot's option.

   c. The Company program will allow multiple, complex trades between two (2) pilots.

    d. Time permitting, the Company will accept jetway trades via telephone. For jetway trades of a single flight at the end of a duty period, in lieu of Section 5.D.2.l., the following rules apply:

        i. A maximum of fifty-nine (59) FDP hours per rolling one hundred sixty-eight (168) hours.

        ii. A maximum of one hundred eighty-nine (189) FDP hours per rolling six hundred seventy-two (672) hours.

        iii. One (1) hour less than Table B FDP limits established in Section 5.D.2.f.

        iv. Scheduled block time limitations may be reduced to ten (10) minutes less than the applicable FAR 117 block hour (daily and cumulative block) legalities in Section 5.D.2.m., operational conditions permitting.

    e. Trades for International flying must be processed at least one (1) hour prior to departure to comply with U.S. Customs Regulations.

    f. In the event that a pilot's schedule exceeds a limit as defined in Section 5.D.2.l., Trip Trades will only be allowed if: (1) the trade will not result in a greater violation of the particular limit(s) on the same Domicile Day, and (2) no new Section 5.D.2.l. limit violation is created.

B. ENHANCED LINE IMPROVEMENT TRIP TRADE (ELITT)

    1. ELITT Inventory: Initially, the ELITT inventory will be comprised of pairings that remain after MOT awards are final. Throughout the bid period, pairings may be added through the normal exchange of pairings in ELITT, or by the Company because of various trip pull reasons (military pulls, jury duty, etc.).

    2. ELITT Pairing Inventory Removal: A pairing in the ELITT inventory will be removed fifty seven (57) hours prior to the time bidding for that pairing would close in DOT. DOT bidding closes at 0900 CT the day prior to departure (Refer to Open Time Rules Section 6.B.13.d.).

    3. ELITT Inventory Exclusions: Charter flying, a pairing with an unpaid event (e.g., a non-paid deadhead, limo, etc.), a training or Reserve event, or a pairing pulled as an illegal pull are not eligible for ELITT. If a pilot elects to giveaway or keep the entire rig as part of a Trip Trade or Giveaway, the un-rigged pairing will be prohibited from trading in ELITT. The pilot will be alerted that the pairing will be ineligible for ELITT.

    4. Pairing Splits: A pairing in the ELITT inventory may be an original whole pairing or a pairing split by Scheduling for MOT. A pairing split for MOT will be optimized for ELITT. A pairing not previously split for MOT or a pairing added after the close of

MOT will not be split until such time as the pairing is removed from ELITT fifty-seven (57) hours prior to the close in DOT at 0900 CT the day prior to departure.

5. Out of Category Trade Restrictions:  A pilot trading flying outside of his domicile or seat position will be restricted in ELITT trading as follows:

   a. A trade must be between pairings of similar type and within the following TFP comparisons:

   | | | |
   |---|---|---|
   | i.   4 day pairing | <-> | 4 day pairing ± 6 TFP |
   | ii.  3 day pairing | <-> | 3 day pairing ± 4 TFP |
   | iii. 2 day pairing | <-> | 2 day pairing ± 3 TFP |
   | iv.  1 day pairing | <-> | 1 day pairing ± 2 TFP |

   Or

   b. The work days in the pairing acquired must equal the total number of work days involved in any combination of pairings given up.  These work days need not run concurrently. For example:

   | | | |
   |---|---|---|
   | i.   3 day and 1 day | ---> | 4 day pairing ± 6 TFP |
   | ii.  2 day and 2 day | ---> | 4 day pairing ± 6 TFP |
   | iii. 2 day and 1 day | ---> | 3 day pairing ± 4 TFP |
   | iv.  1 day and 1 day | ---> | 2 day pairing ± 3 TFP |

   Provisions in Section 7.B.7. – 11. also apply to Out of Category trading.

6. In Category Trade Restrictions:  A pilot trading pairings in his domicile and seat position will have the ability to trade his pairings with the ELITT inventory according to the following rules:

   a. For the bid month, trades must not result in a negative net zero to the number of duty periods in open time due to ELITT for the base and seat where the trade occurs.

   b. A pilot may trade to increase the duty periods on their line without restriction.

   c. A pilot may trade down a net of four (4) duty periods through the ELITT process. Each pilot will have an individual counter for his ELITT transactions. When the counter reaches a negative four (-4), the pilot will be prohibited from reducing duty periods on his line through ELITT until his individual counter is greater than negative four (-4).

   For example, a pilot has reached his negative four (-4) restriction, but later trades up via ELITT to gain two (2) duty periods. His counter would now be a negative two (-2) allowing him to trade down again until reaching negative four (-4).

    d.  A pilot with an ETOPS pairing that includes Red Eye flying may only trade for a respective ETOPS pairing that includes Red Eye flying.

7. ELITT Trade Basis: ELITT trades will be made on a first come, first serve basis. Seniority will not apply. ELITT trades will be considered "awarded" upon execution. The three hundred sixty-five (365) day and six hundred seventy-two (672) hour block time projections on additional flying set forth in Section 5.D.2.l. will apply to a pilot who increases his block hours through the ELITT process. In the event that a pilot's schedule exceeds a limit in Section 5.D.2.l., ELITT trade(s) will only be allowed if: (1) the trade(s) will not result in a greater violation of the particular limit(s) on the same Southwest Day, and (2) no new Section 5.D.2.l. limit violation is created. CWA log-in will be limited to one (1) log-on per employee number at a time.

8. ELITT Duties To Cover Percentages:

    a.  On each day, except as defined below, if the number of originating duties to cover in the Open Time pool exceeds three percent (3.0%) within In-Category; the Company will prohibit trades which result in additional open pairings originating on that day.

    b.  On an annual basis, the Company will be allowed to limit ELITT trading on fifteen (15) Friday-Saturday combinations. On those designated days, should the number of originating duties to cover in the Open Time pool exceed two percent (2.0%) within In-Category; the Company will prohibit trades which result in additional open pairings originating on that day. These Friday-Saturday combinations must be designated and made available to pilots on the Bid Packet prior to bidding for the month.

9. The Company may designate a maximum of two (2) weekends described in b. above per month. When a holiday restriction is used on a Friday or Saturday, that weekend is considered one (1) of the two (2) weekends per month, but is not considered one (1) of the fifteen (15) Friday-Saturday combinations at the Company's discretion. In December, the Company may designate one (1) weekend plus the holiday restrictions in Sections 7.B.10.b.ii., iii. and iv.

APP 151

10. Holiday Restrictions:

    a.  A pilot trading a pairing, which has scheduled flying on Christmas, Thanksgiving or New Year's Day must also acquire a pairing which has scheduled flying on the same day.

    b.  The following days will be limited should the number of originating duties to cover in the open time pool exceed the percentages defined below:

        i.  Good Friday, the following Saturday, Easter Sunday, July 4th and the Friday and Saturday following Thanksgiving will be limited to one and one-half percent (1.5%).

        ii.  December 19th and 20th will be limited to two percent (2.0%).

        iii.  December 21st and 22nd will be limited to one-half percent (0.5%).

        iv.  December 23rd, 24th and 26th will be limited to one percent (1.0%).

        v.  Holiday ELITT restrictions must be designated and made available to pilots on the Bid Packet prior to bidding for the month.

11. Duties-To-Cover (DTC):

Duties-To-Cover restrictions are calculated as follows:

Hard lines in the domicile multiplied by the Percentages (as defined in 9. and 10. above) multiplied by the Average Pairing Length for each domicile, rounded by normal convention = DTC for each In-Category.

Example: 261 hard lines x 3.0% = 7.83 x 2.63 (APL) = 20.75 rounded = 21 DTC

12. ELITT Opening:

Pilots may begin ELITT trading on the 25th of the month for the next bid period. In November, should Thanksgiving fall on November 25, ELITT for December pairings will open on November 26.  In December, ELITT for January pairings will open on December 26. Trading for each domicile shall begin as follows:

| Domicile | Local Time | Central Time |
|----------|-----------|--------------|
| BWI | 1000 | 0900 |
| MCO | 1100 | 1000 |
| ATL | 1130 | 1030 |
| MDW | 1100 | 1100 |
| DAL | 1200 | 1200 |
| DEN | 1230 | 1330 |
| HOU | 1300 | 1300 |
| PHX | 1300* | 1400 |
| LAS | 1300 | 1500 |
| LAX | 1330 | 1530 |
| OAK | 1400 | 1600 |



*1200 when Dallas is on Daylight Savings Time*

13.  Red Eye Pairings:

For purposes of Enhanced Line Improvement Trip Trade of Red Eye pairings, the provisions in this Section are based on domicile days. Any limitation, restriction, or reference to duty, duty day, duties, etc. will be based on domicile days.

14. ELITT trades involving a station requiring Supervised Airport Qualifications as defined in the Flight Operations Manual (or its equivalent) may be acquired in accordance with 6.B.2.g.

MEV #3
Updated July 9, 2019

## SECTION 8: RESERVE

A. RESERVE LINES

The number of Reserve lines in each bid category will be equal to a minimum of eight percent (8%) of the first round hard lines of time. One hundred percent (100%) of the required Reserve lines will be posted for bid in the first round. Embedded Reserve RAPs do not count toward the eight percent (8%) minimum.

1. Only Reserve lines which exceed the eight percent (8%) requirement may be posted in blank lines. Embedded Reserve RAPs do not count toward the eight percent (8%) minimum Reserve requirement.

2. Reserve lines will be built with no more than sixteen (16) Reserve days per line in a thirty-one (31) day bid period, no more than fifteen (15) Reserve days in a twenty-nine (29) or thirty (30) day bid period and no more than fourteen (14) reserve days in a twenty-eight (28) day bid period.

3. Blocks of Reserve will not exceed four (4) days. Reserve lines may be built with a carryout block just as a regular line.

4. A minimum of three (3) days off between three (3) or more day blocks of Reserve is required excluding monthly overlap correction.

5. A new hire pilot will not be awarded or assigned a Reserve line or blank line for the first full bid period after initial training is completed. However, a new hire pilot may be awarded a pairing with an Embedded Reserve day.

6. Excluding January and February, multiple day Reserve blocks dropped for any reason except overlap corrections will be placed in open time in accordance with MOT or DOT procedures and if not awarded by this system will not be subject to any POT or JA provisions. Multiple day Reserve blocks that are not awarded will be placed in DOT for subsequent days with the exception that single days are not required to be placed in open time. Reserve days dropped to correct monthly overlap may, at the discretion of the Company, be placed in open time.

   January and February Reserve days dropped for any reason may, at the discretion of the Company, be placed into open time, or removed from open time so long as they are removed prior to the close of MOT.  Multiple day Reserve blocks that are not awarded may be placed in DOT for subsequent days at the discretion of the Company.

7. At the Company's discretion, Embedded Reserve RAPs may be built as part of the bid lines. These embedded days will not exceed one (1) RAP within a pairing.

8. Embedded Reserve RAPs will be limited to Hawaii and will not be permitted in the contiguous 48 states. By mutual agreement additional stations may be selected.

APP 154

B.  BLOCK AND FLIGHT DUTY HOUR LIABILITY

For purposes of calculating legalities in accordance with Section 5.D.2.l., for Open Time, ELITT, Trip Trades and Giveaways, a Reserve day will be considered to carry the following liabilities:

1.  A pilot scheduled for Reserve will carry an assumed FDP liability of nine (9) hours per day of Reserve.

2.  Reserve days appearing in blocks of three (3) or less carry a daily liability of six (6) block hours. Reserve days appearing in blocks of four (4) or more carry a daily liability of five (5) block hours.

3.  The daily Reserve FDP liability (9 hours) and block hour liability (5 or 6 block hours) will be used in calculating Scheduling Limits set forth in Section 5.D.2.l.

4.  FDP and block hour liabilities are assumed to be continuous, with FDP liability beginning three (3) hours after the start of the RAP and block liability beginning four (4) hours after the start of a RAP.

5.  Once released from an unassigned RAP on the last day of the block, all FDP and block liability will be removed seven (7) hours from the start of the RAP.

6.  Embedded Reserve RAPs, carry a daily liability of nine (9) FDP hours and six (6) block hours.  Seven (7) hours after the beginning of the Embedded Reserve RAP, the block and FDP liabilities will be removed.

7.  For the purpose of bidding DOT/POT, HOT/POT, and VPF, an unassigned Reserve has no block time or FDP liability for the last day of his current Reserve block. For the purpose of bidding DOT/POT, HOT/POT, and VPF, an assigned Reserve has block time and FDP liabilities of the actual times as displayed in the Crew Management System at the time of the legality check within that award process, plus the projected block and projected FDP.

C.  ADDITIONAL AND EXCHANGE OF FLYING

1.  Blocks of Reserve days may be traded or given away as scheduled. A pilot with a partial block of Reserve remaining may trade or give away that partial block through the CMS once released from Reserve prior to the days being given away.

APP 155

2. A Reserve may bid Open Time or pick up from TT/GA and ELITT. The following restrictions apply:

   a. Flying prior to a day of Reserve will be limited to pairings scheduled to be released from duty eleven (11) hours prior to the Reserve's scheduled RAP.

   b. A new hire pilot will not be assigned or awarded any Reserve days prior to completion of his first full bid period.

3. Flying following a Reserve day has the following crew rest restrictions:

   a. On an unassigned Reserve day, crew rest will be calculated to start seven (7) hours from the start of the RAP on the last day of Reserve for pairings awarded in MOT, DOT, and POT.

   b. For Reserves flying on the last day of Reserve, rest will start seven (7) hours from report time or the release time of the pairing, whichever occurs later for open time awarded in DOT and POT.

   c. For pairings assigned through any means other than listed in Sections 8.D.6.d. and e. below, the pilot, if unassigned, is required eleven (11) hours of rest from the end of the RAP. If assigned, rest begins seven (7) hours from report time of the duty period or the actual release, whichever occurs later.

4. If a two (2) day pairing is not awarded in the POT process, a Reserve with one (1) day remaining in his Reserve block may be called and offered the two (2) day pairing thereby adding an additional day of duty. If a two (2) duty period, three (3) domicile day Red Eye pairing is not awarded in the POT process, the Company may offer it to a Reserve in a manner to extend his Reserve block by no more than one (1) additional domicile day. The additional day of duty will be paid in accordance with Section 4.N., Premium Pay.

   A pilot who accepts such flying may have his Reserve days reduced later in the month by an equivalent number of days. If a Reserve elects to have Reserve days reduced later in the month, the Reserve must advise Scheduling and reach mutual agreement on the day to be dropped at the time of the assignment.

   If the Company and the Reserve are unable to reach an agreement on the day to drop, the Reserve will have the option to accept or refuse the assignment. The Reserve day dropped must be either the first or last day of a series of Reserve days. Reserve guarantee will be adjusted by six (6.0) TFP for each day of Reserve dropped.

   A Reserve who accepts an additional day of duty as an extension of the Reserve block may not drop Embedded Reserve as referenced in the second paragraph of Section 8.C.4.

5. Should a pilot be called out on Reserve days and become illegal for the DOT/POT, HOT/POT, or VPF, the pilot will be removed from the entire pairing and will not be paid for the awarded open time. The pairing will be returned to the open time process. Should a pilot be called out on Reserve days and become illegal for the previously awarded Monthly Open Time, Trip Trade, Giveaway, and ELITT, the pilot will be paid for the portion of the pairing removed to resolve the illegality.

6. Reserve days acquired in conjunction with an existing Reserve block will not be considered an extension of the Reserve block. The pilot will not be assigned an overnight unless it is mutually agreed upon by the pilot and Scheduling. Reserve blocks that are part of a Reserve line will be combined in the monthly overlap correction process.

D. ASSIGNMENTS

Reserve Callout Order (RCO) is the order of assignment for Reserve Flying.

1. Reserves may be utilized for all scheduled and non-scheduled flying including simulators. In the event a Reserve is utilized for a charter on the last day of a series of Reserve days, the Reserve must be scheduled to return to domicile no later than the last scheduled arrival. Reserves may be assigned flying outside their Bid Group. An ETOPS Reserve can be assigned non-ETOPS flying in accordance with Section 8.D.4.

2. Reserve assignments will be made based on the length of the pairing and the days remaining in the Reserve block. When available, Scheduling will match the length of the pairing to the Reserve's with the same number of days remaining in the Reserve block. For example, if Scheduling has a four (4) day and a two (2) day Reserve pilot and there is a two (2) day pairing in open time, then Scheduling will assign the two (2) day pairing to the two (2) day Reserve pilot.

3. The day prior to the assignment, RCO will apply to pilots who are equal in the number of Reserve days remaining in their respective AM/PM Reserve block to the extent they are legal for the pairing and all future assignments.

4. RCO will be applied as follows within bid category. In-category is defined as Reserves in same domicile, seat, and Bid Group Reserve Block with an equal number of Reserve days remaining within their respective AM/PM RAP. ETOPS Reserves will be considered a separate bid category and will be assigned non-ETOPS pairings only after non-ETOPS Reserve pilots.

A pilot assigned to the EBG, who is awarded a non-EBG Reserve Block, will be assigned in RCO as a non-EBG pilot for that Reserve Block.

APP 157

    a.  All pilots with a Fly preference in order of lowest to highest number of duty periods utilized during the bid period.

        i.  If two (2) or more pilots have a Fly preference and the same number of duty periods utilized during the bid period, then RCO between them will be in seniority order.

    b.  All pilots with a Pass preference in order of lowest to highest number of duty periods utilized during the bid period.

        i.  If two (2) or more pilots have a Pass preference and the same number of duty periods utilized during the bid period, then RCO between them will be in reverse seniority order.

    c.  Pilots will be assigned pairings in RCO from the highest number of duty periods to the lowest number of duty periods of the pairings being assigned

    d.  RCO does not apply to the inbound Reserves.

    e.  An Embedded Reserve in a station will be assigned in RCO based on their Embedded Reserve Preference in the Crew Management System.

5.  Rest In Conjunction with Assignment: After a Reserve is in a Reserve Rest Period (RRP) or for current day operations, assignments will be made to pilots who are equal in Reserve days remaining to the extent they are legal for the pairing and all future assignments as follows:

    a.  The Reserve with the least remaining RAP will be assigned first.

    b.  Each subsequent pairing will be assigned to the Reserve with the least remaining RAP.

    c.  For Reserves with identical RAPs, assignment(s) will be made in RCO.

6.  Pilot Preferences: A pilot will be assigned pairings based on the RCO. A pilot must enter his RCO designation to the Company no later than 0900 CT the day prior. The OWN preference must be entered no later than 2000 CT the day prior and may not be changed for the following day's Reserve flying. Pilot preferences will carry over month to month and will be as follows:

    a.  FLY:  A pilot prefers to fly at every opportunity.  No preference indicated will be considered as a FLY preference.

    b.  PASS: A pilot prefers to pass at every opportunity.

    c.  PASS LAST DAY ONLY: A pilot prefers to fly except on the last day of Reserve.

    d.  FLY AM or PM/POT EXTRA DAY: A pilot prefers to fly at every opportunity. This preference will indicate in RCO those Reserves willing to fly an additional day as an extension of the Reserve Block for Premium Pay. The Reserve has the option to accept or decline the assignment. The additional duty day flying will be paid in accordance with Section 4.N., Premium Pay.

    e.  PASS AM or PM/POT EXTRA DAY: A pilot prefers to pass at every opportunity; however, the POT extra day preference will indicate in RCO those Reserves willing to fly an additional day as an extension of the Reserve Block for Premium Pay. The Reserve has the option to accept or decline the assignment. The additional duty day will be paid in accordance with Section 4.N., Premium Pay.

    f.  OWN: A pilot is not permitted to take a pairing from the Reserve starting at 2000 CT the day prior to report. Crew Scheduling is not prohibited from modifying the assignment.

7.  A Reserve may give away a complete pairing as assigned by the Company to one (1) or more pilots. The Reserve assignment may be split and given away when the pairing passes through the Reserve's domicile.

    The pairing must be given away from the split to the end of the pairing. Once a pilot(s) accepts the pairing or portion thereof from the Reserve, the assignment shall be considered an award and any modification will comply with the Daily Reassignment Pay as delineated in Section 4.R.1. of this Agreement. The pilot giving away a Reserve assignment remains in Reserve status.

8.  Unless the Reserve has an OWN preference indicated, a legal and available pilot may take a pairing from the Reserve at any time prior to the Reserve reporting to the airport. After the Reserve has reported to the airport, the Reserve has the option to fly or relinquish the pairing. If the Reserve relinquishes the pairing, the Reserve will either continue on duty/RAP, be given another assignment, or be released to rest.

9.  The last day of a Reserve block will be designated non-RON for Reserve assignments. A Reserve cannot be reassigned into an unscheduled overnight once he has returned to base on the last day without his concurrence. The Reserve may be given the option to fly for a premium for the unscheduled overnight.

    However, a Reserve can be reassigned to an unscheduled overnight due to operational necessity if he has not returned to domicile. All other options will be considered prior to placing the Reserve on an unscheduled overnight. If Scheduling is forced to place a Reserve on an unscheduled overnight, the Reserve will be given the option of dropping a Reserve day later in the month at no pay.

The Reserve day dropped must be the first or last day of the block and may be for the following month if the unscheduled overnight is the last Reserve block of the month. If the pilot is awarded a hard line for the following month, the pilot will be compensated an additional six (6.0) TFP.

10. On the last day of a Reserve block, a Reserve will not be scheduled with less than thirty (30) minutes connect time for the last flight that would return the pilot to domicile unless it is scheduled on the same aircraft. Holding a flight to allow for the thirty (30) minute connect is prohibited.

11. Reserves will not be used to originate a pairing other than in their own domicile unless the domicile importing the Reserve is down to one (1) Reserve in the RAP that would be able to fly that pairing. Time permitting, Scheduling will offer the pairing through the OTA (Open Time Alert) system in the following order:

    a. Pairings may be awarded for straight time in the domicile(s) where the pairing has been imported.

    b. If unassigned, the Reserve in that domicile(s) will be assigned the pairing.

    c. Should an imported pairing become available at a later time, the pairing may be imported to another domicile and assigned for straight time or to a Reserve.

    d. If unassigned, the pairing can be moved to another domicile and awarded through the OTA system.

    e. Prior to processing the pairing through POT and VPF, time permitting, the pairing will be returned to the original domicile. Otherwise, the pairing may be processed through the POT and VPF processes in the domicile where the pairing was imported.

    f. If JA is required, time permitting, the pairing will be JA'd in the original domicile first, followed by JA in the domicile where the pairing was imported.

12. An Embedded Reserve returning to the Continental US on an ETOPS flight that operates across 0300 Central Time will be released from deadhead(s) or further duty at the completion of the ETOPS flight at the pilot's request. An Embedded Reserve returning to the Continental US on an ETOPS flight that does not cross 0300 Central Time is only subject to reassignment due to irregular operations and must be returned to his domicile within the same duty period. If the pilot is not reassigned, he will be released at the pilot's request. Pay for the day(s) remaining in the pairing will be guaranteed.

E. RESERVE REST, AVAILABILITY AND DUTY

1. The Reserve Availability Period (RAP) is the period of time when the Reserve must be available for notification and assignments. If unassigned, the RAP may continue for a maximum of fourteen (14) hours. The RAP will commence at the conclusion of the Reserve Rest Period (RRP).

2. An Embedded Reserve may have a RAP scheduled for less than fourteen (14) hours. If assigned, the Reserve is limited to fifteen (15) hours from the start of the RAP or the Table B limits plus four (4) hours, not to exceed the Maximum Duty Period as set forth in Contractual Duty Period Chart (refer to Section 5.D.2.f., whichever is most restrictive.  The pilot will be released from the RAP once the last ETOPS flight has departed that the pilot could be legally scheduled to fly within the RAP

3. Reserve Rest Period (RRP): Each Reserve will be scheduled for a minimum of a continuous ten (10) hour RRP between duty periods. The Reserve will be free from any contact by and any requirement to contact the Company for Reserve duty during the RRP.

4. Reserve RAP Change: Reserves may voluntarily have a RAP change. To modify a RAP for the following day, the Reserve must be notified before the end of the current day's RAP. Once a pilot's RAP has started, he may not be called and placed back in rest in order to adjust the RAP that same domicile day A Reserve RAP may not be involuntarily changed except under the following conditions:

   a. To provide FAR and Contractual crew rest;

   b. To cover Red-Eye flying. Red-Eye flying on the first day or beyond the originally scheduled end of the Reserve block can only be done voluntarily;

   c. To avoid JA, other than the first day of a Reserve block and the pairing has been run through the Open Time Process.

5. A Reserve's duty day limits are determined as follows:

   a. A duty day begins on a RAP and is the most restrictive of:

      i. Fifteen (15) hours from the start of the RAP; or

      ii. Table B of FAR Part 117 plus four (4) hours beginning at the start of the RAP; or

      iii. The Maximum Duty Period Actual (beginning at report time) as set forth in Contractual Duty Period Chart (refer to Section 5.D.2.f.).

APP 161

    b.  For irregular operations, a Reserve may deadhead up to one (1) hour beyond the fifteen (15) hour limit.

    c.  A duty day begins on a pairing in accordance with Section 5.D.2.f.

6.  Last Day of Reserve Block:

    a.  An unassigned Reserve will be released unless assigned during the first seven (7) hours of his RAP. If assigned, the pilot's duty day will be as per Section 8.E.5.a. above.

    b.  For an AM Reserve Block, a Reserve will not be scheduled to be released past 1800 domicile time, except under the following conditions:

        i.  To complete the last day of an original (hard line/blank line pairing) AM pairing (AM pairings for these purposes only are defined as pairings with a scheduled report time before 0900 domicile time on the first day of the pairing);

        ii.  For a reassignment made on the last day of a pairing caused by irregular operations;

        iii.  To avoid the JA but no sooner than after the pairing has been processed through POT;

        iv.  With concurrence of the Reserve prior to VPF.



    c.  Upon request, an assigned Reserve scheduled to deadhead back to domicile on the last day of the reserve block may be released from the last deadhead in the duty period if the time on duty at the point of projected arrival time into the domicile exceeds nine (9) hours. The pilot may request the release only upon arrival into the station where the last deadhead in the duty period departs. The pilot will be released unless assigned additional flying from the domicile, reassigned at the outstation, or pilots are being asked to remain on their deadheads in accordance with Section 5.S.4.

7.  Daily Rest: Reserves will be scheduled for rest in accordance with the chart below. Should a Reserve block-in later than scheduled, reducing a RRP below ten (10) hours, the RAP will be adjusted to allow ten (10) hours of rest.

| At the completion of or release from: | The Reserve must receive a minimum RRP of: | Prior to: |
|---|---|---|
| RAP | 10 | RAP |
| RAP | 10 | RESERVE DUTY |
| RESERVE DUTY | 10 | RAP |
| RESERVE DUTY | 11 | RESERVE DUTY |

APP 162

8.  Required Rest in one hundred sixty-eight (168) hours:  A pilot who is required to have a scheduled thirty (30) hour rest period, as defined in Section 5.D.2.m., before or after a block of Reserve will be scheduled in accordance with the scheduling limits in the following chart.  Should a Reserve requiring the rest, block-in later than scheduled, reducing rest below thirty (30) hours, the RAP will be adjusted to provide thirty (30) hours of rest rounded up to the next five (5) minute increment.

| At the Completion of or Release from: | The Pilot Requiring Rest Must Receive a Minimum of: | Prior to: |
|---|---|---|
| RESERVE BLOCK | 30 | RESERVE BLOCK |
| RESERVE BLOCK | 31 | PAIRING |
| PAIRING | 30 | RESERVE BLOCK |

F.  Any time a Reserve completes a pairing and returns to domicile, Scheduling will be contacted. At that time, Scheduling will inform the pilot of the pilot's status. A pilot will either be:

1.  Given another assignment. Duty time limits must comply with the Maximum Duty Period Scheduled limits as defined in Section 5.D.2.f. of this Agreement;

2.  Continued on duty-if unassigned and with additional Reserve days remaining in the block, the Reserve will be released no later than eight (8) hours after report time. If on the last day of the block, the Reserve will be released seven (7) hours after report time. If called out for an assignment, the Reserve must report back to the airport within a reasonable amount of time but in no case longer than two (2) hours; or

3.  Released to rest or released from the Reserve block.

G.  CONTACT AND REPORTING

Reserves are responsible for ensuring that Scheduling has a contact telephone number. A Reserve will be required to maintain the following telephone availability on days of Reserve:

1.  A Reserve pilot must be able to report to the pilot lounge within a maximum of two (2) hours of notification. In the event that situations arise where less than two (2) hours notification is given, the pilot will be expected to make the report time as soon as possible. A Reserve called out with less than three (3) hours from departure, based on their ability to report, will be reimbursed for close-in parking expenses through Domicile Management.

APP 163





A Reserve will not be required to be telephone available during any Reserve Rest Period (RRP) or while in rest during a Reserve assignment as required by the contract or the FAR's. A Reserve must maintain telephone/pager availability once assigned a pairing until report time for that pairing except during his RRP. If a Reserve is contacted between the time a pairing is assigned and report time, Scheduling may change the assignment. After reporting for a pairing, a Reserve pilot's telephone/pager availability and responsibility for contact is the same as a non Reserve pilot's availability and responsibility for contact on a pairing. A Reserve pilot may be reassigned in the same manner as a non Reserve pilot.

2. An Embedded Reserve must be able to report to the airport within a maximum of two (2) hours of notification. In the event that situations arise where less than two (2) hours notification is given, the pilot will be expected to make the report time as soon as possible

H. APPLICATION OF EMBEDDED RESERVES

An Embedded Reserve will only be assigned to Hawaii flying or other International destinations mutually agreed upon between the Company and the Association.

APP 164

## SECTION 9: VACANCIES

A. GENERAL

1. Every pilot, regardless of seniority, must maintain bids for all equipment, crew position and domicile listings on the "Southwest Airlines Master Equipment and Domicile Bid" (hereinafter referred to as the "Master Bid"). In domiciles with ETOPS, and non-ETOPS flying, an ETOPS vacancy bid will be considered a separate choice. Each newly hired pilot will submit a Master Bid prior to completion of initial training.

2. A pilot may revise his Master Bid at any time. Every change to the Master Bid will have the date/time automatically recorded.

3. Each Master Bid will have provisions so that a pilot may bid on a contingency basis based on percentage position from the top of the seniority list for a specific domicile, equipment, and crew position.

4. The Company will publish notice of a vacancy bid electronically not less than thirty (30) days prior to closing. The final vacancy bid will be posted not less than seven (7) days prior to closing. Such bid will include the date that the bid is effective, the date any required training will commence, the number of vacancies, the type of equipment, the date of closing, and other relevant information. At closing, these vacancies will be awarded from Master Bid choices on file at the time of closing.

5. The results of each vacancy bid will be posted electronically. The Protest Period for a vacancy bid ends twenty-four (24) hours from the final vacancy award posting. All vacancy bids become effective upon completion of the lead out pairing.

6. Planning may move up to thirty percent (30%) of designated Lance Captains in a domicile to hold a Captain line for one (1) bid period provided such move up does not create a subsequent First Officer vacancy in that domicile for that bid period. The bid will be voluntary in seniority order.

7. New vacancies not subject to Domicile Right of Return provisions that are posted for bid as well as all secondary vacancies left open by successful bidders will be available to all pilots in the system. No pilot will be involuntarily displaced from a domicile, equipment or crew position except as provided herein.

   a. In the event that a reduction in crews occurs in a domicile, this reduction will be posted as an equipment and domicile bid, and the Master Bids on file at the time of closing will govern.

b. If an insufficient number of pilots have bid to leave the base, the most junior pilots will be displaced. Pilots so displaced may displace pilots in other domiciles where no vacancy exists based on their system seniority, thereby causing a secondary displacement.

8. A pilot who changes domiciles as the result of a successful vacancy bid will be scheduled for twelve (12) hours of crew rest in either his old domicile or in his new domicile and will be scheduled to allow time to commute to the new domicile or overlap correction split point. Further adjustments needed based on unique circumstances may be requested through the domicile Chief Pilot. Such adjustments will be pulled at no pay. Deadheads added to return the pilot to the pairing will be paid in accordance with monthly overlap deadhead procedures.

B. INVOLUNTARY DISPLACEMENT PROVISIONS

1. A pilot will be considered displaced if:

   a. The Company eliminates all positions in a bid status (i.e. domicile, equipment or crew position), in which case any pilot holding a position in such bid status shall be considered displaced; or

   b. The Company reduces the number of positions in a bid status (i.e. domicile, equipment or crew position) in which case, to the extent necessary to accomplish the reduction, the pilots within the bid status being reduced who have the least system seniority shall be considered displaced, to include secondary displacements.

2. Involuntary displacement provisions will be paid in accordance with Section 10.C.

3. A pilot who has been involuntarily displaced will, upon request, be entitled to up to two (2) days travel time prior to the pilot's first assignment in the new domicile for vacancy shifts between domiciles. If a pairing adjustment is required to provide the pilot a day(s) free of duty, the Company must be notified by the conclusion of the overlap adjustment period. Flying pulled to accommodate the request will be pulled at no pay. Deadheads added to return the pilot to the pairing will be paid in accordance with overlap deadhead procedures.

C. DOMICILE RIGHT OF RETURN (DRR) PROVISIONS

1. Pilots displaced from their highest vacancy bid selection in their current seat but who remain in the same seat and aircraft type, will be eligible for Domicile Right of Return privileges.

2.  Pilots eligible for Domicile Right of Return shall have access to fifty percent (50%) of the available primary published vacancies in which they are eligible, rounded down.

3.  Prior to running the vacancy award process, DRR pilots will be assigned to the DRR available vacancies in system-seniority order to the domicile where they have DRR rights.

4.  A successful DRR placement and subsequent award will expire any rights to that domicile.

5.  A pilot unable to hold his DRR placement is not considered displaced and will maintain his DRR rights.

6.  Pilots who take a paid move in accordance with Section 10 shall forfeit DRR eligibility.

7.  To maintain DRR eligibility, the pilot must not change the order of his vacancy bid. DRR eligibility will be forfeited if the pilot modifies his vacancy bid in any way. The Company will warn electronically or take other measures to prevent a pilot from forfeiting his DRR unintentionally.

D.  VOLUNTARY VACANCY CHANGE FROM CAPTAIN TO FIRST OFFICER

1.  A Captain who bids back to a First Officer and does not want to participate in the Lance Captain program must inform the Company by submitting his preference via the CMS.  This selection must be done before the Vacancy award so the Company has accurate information to calculate which pilots are eligible for Lance Captain designations. Once a pilot's position is changed to a First Officer, all training will be completed as a First Officer in accordance with the Flight Operations Training Manual (FOTM).

2.  These pilots will be bypassed in future vacancies for a Captain position or Lance Captain designation until such time as the pilot changes his election via the CMS and is assigned a Captain position or designated as a Lance Captain through the Vacancy process.

3.  If the pilot has voluntarily changed from a Captain to a First Officer and later decides to change his vacancy bid and is awarded a Captain line, the pilot will be required to complete training as a Captain in accordance with the FOTM.  Depending on the level of training required, the Company will have two (2) bid periods after the final vacancy results are posted to schedule the required training.  However, if the pilot is required Captain Upgrade requalification training, he will be scheduled in the first available planned Captain Upgrade class.

E.   VACANCY LOCKS

Involuntarily displaced pilots will not incur any lock due to their displacement and subsequent award. A lock will not prohibit a First Officer from bidding and being awarded a Captain position.

1.  Seat Locks

    a.  A captain who voluntarily bids back to First Officer is locked in the seat for four (4) bid periods.

2.  ETOPS Locks

    a.  A pilot who successfully bids into an EBG will be locked in that award for a period of six (6) bid periods. The lock will apply so long as the ETOPS training consists of a multiday training event.

    b.  The lock will be removed from a pilot involuntarily displaced from the EBG.

    c.  A new hire will not be locked into an EBG in his vacancy award if they are his last vacancy preference(s).

    d.  If there are EBGs in multiple domiciles, locked EBG pilots will be permitted to bid between the domiciles in the vacancy bid.

    e.  At the Company's discretion, ETOPS locks may be removed before their expiration date.

3.  International Domicile Locks

    a.  Until the Company requires International Training to encompass more than a DL or International Training as part of CQT, no locks will apply.

    b.  Once International Training is expanded to include specific multiple day International Training (i.e. ground school and/or simulator) a pilot who successfully bids into an International Domicile will be locked in that award for six (6) bid periods.

    c.  The lock will be removed from a pilot involuntarily displaced from the International Domicile.

    d.  At the Company's discretion, International Domicile locks may be removed before their expiration date.

APP 169

MEV #3
Updated July 9, 2019

e. A new hire will not be locked into any International Domicile(s) if those domicile(s) are his lowest vacancy preference(s).

f. If there are multiple international domiciles, pilots locked in an International Domicile will be permitted to bid between the International Domiciles in the vacancy bid.

APP 170