IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:21-cv-02065-M |
| v. | § § | |
| SOUTHWEST AIRLINES CO., | § § | |
| Defendant. | § § § | |

### ORDER

The Court **SETS** a Zoom conference on **October 22, 2021, at 5:30 p.m. CST**. The Zoom link will be provided to counsel when it becomes available.

Counsel should be prepared to argue Plaintiff's Opposed Motion for Temporary and Preliminary Injunctive Relief (ECF No. 11). The deadline for Defendant Southwest Airlines Co. to respond to the Motion is **October 16, 2021**. The deadline for Plaintiff Southwest Airlines Pilots Association to file a reply in support of the Motion is **October 20, 2021.**

**SO ORDERED**.

October 13, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE