# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, <br><br> Plaintiff <br><br> vs. <br><br> SOUTHWEST AIRLINES CO., <br><br> Defendant. | § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 3:21-cv-02065-M |

## APPENDIX IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTIVE RELIEF

COMES NOW Defendant Southwest Airlines Co. ("Defendant") and submits the following in support of Defendant's *Opposition to Plaintiff's Motion for Temporary and Preliminary Injunctive Relief*:

A. Declaration of Carl Kuwitzky ("CK Decl. at D. App.") ["D. App. 1-318"]; and

B. Declaration of Justin Schiffner ("JS Decl. at D. App.") ["D. App. 319-354"].

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 16, 2021 | MORGAN, LEWIS & BOCKIUS LLP |

*/s/Robert E. Sheeder*
Robert E. Sheeder, attorney-in-charge
Texas Bar No. 18174300
robert.sheeder@morganlewis.com
Clayton M. Davis
Texas Bar No. 24092323
clayton.davis@morganlewis.com
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

Jonathan C. Fritts *(admitted pro hac vice)*
D.C. Bar No. 464011
Jonathan.fritts@morganlewis.com
David R. Broderdorf II
D.C. Bar No. 984847
dbroderdorf@morganlewis.com
Geoffrey J. Rosenthal*
D.C. Bar No. 198404
geoffrey.rosenthal@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  202-739-3000
Facsimile:  202-739-3001

Shannon L.C. Ammon*
PA Bar No. 318939
1701 Market Street
Philadelphia, PA 19103
shannon.ammon@morganlewis.com
Telephone:  215-963-4690
Facsimile:  215-963-5001

*pro hac vice application forthcoming

*Attorneys for Defendant Southwest Airlines Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's CM/ECF Filing System on this 16th day of October 2021, as follows:

                                */s/Robert E. Sheeder*
                                Robert E. Sheeder