UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § § § | |
| Plaintiff | § § | |
| vs. | § | CIVIL ACTION NO. 3:21-cv-02065-M |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Geoffrey J. Rosenthal, with offices at:

>  Morgan, Lewis & Bockius LLP
>  1111 Pennsylvania Avenue, N.W.
>  Washington, DC  20004
>  Telephone: (202) 739-3000
>  Facsimile: (202) 739-3001
>  geoffrey.rosenthal@morganlewis.com

**II.**   Applicant will sign all filings with the name Geoffrey J. Rosenthal.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

>  Southwest Airlines Co.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of Washington D.C., where Applicant regularly practices law.

Bar license number: 198404 Admission date: 12/04/2017

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

Court: U.S. District Court for the District of Columbia    Admission Date: 8/6/2018    Active or Inactive: Active

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below: N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below: N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters: N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is Robert E. Sheeder, who has offices at:

Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 19th day of October, 2021.

Geoffrey J. Rosenthal
Printed Name of Applicant

/s/ *Geoffrey J. Rosenthal*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.