IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civil Action No. 3:21-cv-02065-M |
| v. | | |
| SOUTHWEST AIRLINES CO., | | |
| Defendant. | | |

## ORDER

The hearing regarding Plaintiff Southwest Airlines Pilots Association's Motion for a Temporary Restraining Order, scheduled for October 22, 2021 at 5:30 p.m. has been moved **October 22, 2021 at 3:00 PM**. The hearing will be conducted by video teleconferencing only and will not be accessible to the public at the courthouse. To listen to the proceeding live, click here: [Link to Hearing](#) It is impermissible under Judicial Conference Policy to record or rebroadcast this proceeding. Violators will be subject to sanctions.

**SO ORDERED**.

October 22, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE